**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
jmeservy@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TINA ANDRADE, individually and as legal guardian of DE'VAUGHN ANDRADE;<br><br>Plaintiffs,<br><br>vs.<br><br>MIGUEL CAMPOS SANCHEZ, Individually; and DOES I-XX, inclusive;<br><br>Defendants. | Case No:   2:22-cv-01351-JCM-BNW<br><br>**ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS BY PLAINTIFF TINA ANDRADE, INDIVIDUALLY, AGAINST DEFENDANT MIGUEL CAMPOS SANCHEZ** |

THE COURT HAS GRANTED both summary judgment against all claims asserted by Plaintiff TINA ANDRADE as legal guardian of DE'VAUGHN ANDRADE and Defendant MIGUEL CAMPOS SANCHEZ'S motion to enforce settlement against all claims asserted by Plaintiff TINA ANDRADE, individually. ECF No. 24.

WHEREAS THE COURT HAS ORDERED "that the parties shall file a joint status report or stipulation to dismiss within thirty (30) days of its May 21, 2024 Order, ECF No. 24, IT IS HEREBY STIPULATED AND AGREED, by and between Defendant MIGUEL CAMPOS SANCHEZ, through his attorneys of record, BARRON & PRUITT, and Plaintiff TINA ANDRADE, that all remaining claims asserted by Plaintiff TINA ANDRADE, individually, against Defendant MIGUEL CAMPOS

///

///

///

///

///

1

SANCHEZ in the above-entitled matter may be dismissed in their entirety, with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all pending deadlines and hearing dates currently scheduled on the Court's calendar may be vacated.

Dated this 21st day of May, 2024

BARRON & PRUITT, LLP

/s/ Joseph R. Meservy
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 7th day of January, 2024

TINA ANDRADE

### ORDER

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff Tina Andrade, individually, against Defendant Miguel Campos Sanchez in the above-entitled matter shall be DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all pending hearings and deadlines relating to the above-referenced matter shall be vacated.

DATED January 10, 2025.

_____
UNITED STATES DISTRICT JUDGE

2